# U.S. Court of Appeals for the D.C. Circuit

## ADAMS v. HARRIS et al

## 1:24-cv-03566
### WRIT OF QUO WARRANTO

## Chief Judge Sri Srinivasan and Clerk Clifton Cislak

## Writ of Quo Warranto served USPS Jan 10,2025 to Chief Judge Sri Srinivasan & via email clifton_cislak@cadc.uscourts.gov served to SCOTUS Jan 15,2025

**Writs of Quo Warranto, Color of Law forms, and Rule 46 Objections have not been filed and sealed along with U.S. Department of Justice**
**Office of the Associate Attorney General April 20,2023 Letter has been left off record because Judge and clerks are receiving 42 U.S. Code § 658a - Incentive payments to States**

**Writ of Quo Warranto that have been stamped received by SCOTUS but not filed violations of Rule 29. Filing and Service of Documents; Special Notifications; Corporate Listing 1. Any document required or permitted to be presented to the Court or to a Justice shall be fled with the Clerk in paper form**

## 28 U.S. Code § 1651 – Writs

### (a)

**The Supreme Court and all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law.**

## 28 U.S. Code § 544 - Oath of office

**Each United States attorney, assistant United States attorney, and attorney appointed under section 543 of this title, before taking office, shall take an oath to execute faithfully his duties.**

### (Added Pub. L. 89–554, § 4(c), Sept. 6, 1966, 80 Stat. 618.)

**State as well as federal courts have jurisdiction over suits brought pursuant to 42 U.S.C. § 1983, which creates a remedy for violations of federal rights committed by persons acting under color of state law.**

**Howlett v. Rose, 496 U.S. 356 (1990)**

1

## Color of Law Forms

Case 1:24-cv-03566-UNA Document 1-1 Filed 12/15/24 Page 4 of 41 Scott S. Harris

Case 1:24-cv-03566-UNA Document 1-1 Filed 12/15/24 Page 1 of 41 Keith Holland

Case 1:24-cv-03566-UNA Document 1-1 Filed 12/15/24 Page 2 of 41 Seventh Cir COA Pro Se Clerk #3

Case 1:24-cv-03566-UNA Document 1-1 Filed 12/15/24 Page 3 of 41 Seventh Cir COA Pro Se Clerk #1

Case 1:24-cv-03566-UNA Document 1-1 Filed 12/15/24 Page 5 of 41 Thomas G. Bruton

Writ of Quo Warranto Violations of 28 U.S. Code § 1691 - Seal and teste of process

Case 1:24-cv-03566-UNA Document 1-1 Filed 12/15/24 Page 8 of 41 Attorney General Kwame Raoul

Case 1:24-cv-03566-UNA Document 1-1 Filed 12/15/24 Page 32 of 41 Scott S. Harris

Served USPS January 4,2025 Jarret B. Perlow Color of Law Forms & Writ of Quo Warranto

Complaint, IFP, Writ of Quo Warranto & Color of Law Forms served USPS Dec 16,2024 Chief Judge James E. Boasberg

Filed Complaint not on record & 18 U.S. Code § 1001 - Statements or entries generally case 28:1332 Diversity-Account Receivable not Civil Rights Violations

U.S. Department of Justice
Office of the Associate Attorney General April 20,2023 Letter served via fax January 7,2025
Attorney General Brian L. Schwalb

Color of Law forms served USPS Dec 26,2024 Chief Judge James E. Boasberg

Chief Judge James E. Boasberg & Angela D. Caesar Writ of Quo Warranto Served USPS Dec 29,2024

Rule 46. Objecting to a Ruling or Order served USPS January 8, 2025 Chief Judge James E. Boasberg & Jarrett B. Perlow

A formal exception to a ruling or order is unnecessary. When the ruling or order is requested or made, a party need only state the action that it wants the court to take or objects to, along with the grounds for the request or objection. Failing to object does not prejudice a party who had no opportunity to do so when the ruling or order was made.

Case 1:24-cv-03566-UNA Document 4 Filed 01/02/25 Page 1 of 1

Case 1:24-cv-03566-UNA Document 3 Filed 01/02/25 Page 1 of 2

Documents 18 U.S. Code § 2071 - Concealment, removal, or mutilation generally

Case 1:24-cv-03566-UNA Document 1-1 Filed 12/15/24 Page 6 of 41 Seventh Cir COA USPS Certificate of Mailing Oct 26,2024

**Case 1:24-cv-03566-UNA Document 1-1 Filed 12/15/24 Page 26 of 41 Oct 30,2024 USPS Certificate of Mailing Attorney General Kwame Raoul**

**Case 1:24-cv-03566-UNA Document 1-1 Filed 12/15/24 Page 27 of 41 Nov 13,2024 USPS Certificate of Mailing Attorney General Kwame Raoul**

**Case 1:24-cv-03566-UNA Document 1-1 Filed 12/15/24 Page 28 of 41 USPS Dec 10,2024 Chief Judge Troy L. Nunley**

**Case 1:24-cv-03566-UNA Document 1-1 Filed 12/15/24 Page 29 of 41 USPS Nov 18, 2024 Thomas G. Bruton**

**Case 1:24-cv-03566-UNA Document 1-1 Filed 12/15/24 Page 30 of 41 USPS Nov 23, 2024 Thomas G. Bruton**

**Case 1:24-cv-03566-UNA Document 1-1 Filed 12/15/24 Page 31 of 41 USPS Nov 29,2024 Clerk's Office District Court Sacramento**

**Clerks refuse to file documents served USPS &**

**dcd_intake@dcd.uscourts.gov**

**oag@dc.gov**

**dcd_cmecf@dcd.uscourts.gov**

**intake@cafc.uscourts.gov**

**Complaint, IFP, Writ of Quo Warranto Scott S. Harris, Writ of Quo Warranto Attorney General Kwame Raoul, Color of Law Forms, and documents served to parties USPS sent Dec 16,2024 Chief Judge James E. Boasberg**

**Color of Law forms Chief Judge James E. Boasberg and Angela D. Caesar, Clerk of Court sent via email and USPS Dec 26,2024**

**I have asked for my filed documents and Writ of Quo Warranto should have been 28 USC 1691 by Angela D. Caesar. The documents are not on record in PACER and they refuse to give me my filed documents violations of**

**28 U.S. Code § 453 - Oaths of justices and judges**

**Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: "I,_____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as____ under the Constitution and laws of the United States. So help me God."**

**(June 25, 1948, ch. 646, 62 Stat. 907; Pub. L. 101–650, title IV, § 404, Dec. 1, 1990, 104 Stat. 5124.)**

**Rule 21. Writs of Mandamus and Prohibition, and Other Extraordinary Writs**

**(a)  Mandamus or Prohibition to a Court: Petition, Filing, Service, and Docketing.**

### *The Substantive Right of Access to Courts:*

The right of access to the courts is basic to our system of government, and it is well established today that it is one of the fundamental rights protected by the Constitution. In *Chambers v. Baltimore Ohio Railroad,* 207 U.S. 142, 28 S.Ct. 34, 52 L.Ed. 143 (1907), the Supreme Court characterized this right of access in the following terms:

The right to sue and defend in the courts is the alternative of force. In an organized society it is the right conservative of all other rights, and lies at the foundation of orderly government. It is one of the highest and most essential privileges of citizenship, and must be allowed by each state to the citizens of all other states to the precise extent that it is allowed to its own citizens. Equality of treatment in this respect is not left to depend upon comity between the states, but is granted and protected by the Federal Constitution.

### *Ryland v. Shapiro*, 708 F.2d 967, 971 (5th Cir. 1983)

## Article VI  Supreme Law

- **Clause 2 Supremacy Clause**

  **This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.**

## 18 U.S. Code § 2076 - Clerk of United States District Court

Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.

(June 25, 1948, ch. 645, 62 Stat. 796; Pub. L. 104–294, title VI, § 601(a)(11), Oct. 11, 1996, 110 Stat. 3498.)

## 28 U.S. Code § 1691 - Seal and teste of process

All writs and process issuing from a court of the United States shall be under the seal of the court and signed by the clerk thereof.

(June 25, 1948, ch. 646, 62 Stat. 945.)

*Quo warranto* is Latin for "by what warrant" (or authority). A *writ of quo warranto* is a common law remedy which is used to challenge a person's right to hold a public or corporate office. A state may also use a quo warranto action to revoke a corporation's charter. When bringing a petition for *writ* of *quo warranto*, individual members of the public have standing as citizens and taxpayers.

In one case from Alabama, the court noted that the writ of quo warranto is "utilized to test whether person may lawfully hold office and the purpose of writ of quo warranto is to ascertain whether office holder is constitutionally and legally authorized to perform any act in, or exercise any functions of, office to which he or she lays claim"

### 18 U.S. Code § 1517 - Obstructing examination of financial institution

Whoever corruptly obstructs or attempts to obstruct any examination of a financial institution by an agency of the United States with jurisdiction to conduct an examination of such financial institution shall be fined under this title, imprisoned not more than 5 years, or both.

(Added Pub. L. 101–647, title XXV, § 2503(a), Nov. 29, 1990, 104 Stat. 4861.)

### 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies, and committees

Whoever, with intent to avoid, evade, prevent, or obstruct compliance, in whole or in part, with any civil investigative demand duly and properly made under the Antitrust Civil Process Act, willfully withholds, misrepresents, removes from any place, conceals, covers up, destroys, mutilates, alters, or by other means falsifies any documentary material, answers to written interrogatories, or oral testimony, which is the subject of such demand; or attempts to do so or solicits another to do so; or

Whoever corruptly, or by threats or force, or by any threatening letter or communication influences, obstructs, or impedes or endeavors to influence, obstruct, or impede the due and proper administration of the law under which any pending proceeding is being had before any department or agency of the United States, or the due and proper exercise of the power of inquiry under which any inquiry or investigation is being had by either House, or any committee of either House or any joint committee of the Congress—

5

Shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both.

(June 25, 1948, ch. 645, 62 Stat. 770; Pub. L. 87–664, § 6(a), Sept. 19, 1962, 76 Stat. 551; Pub. L. 91–452, title IX, § 903, Oct. 15, 1970, 84 Stat. 947; Pub. L. 94–435, title I, § 105, Sept. 30, 1976, 90 Stat. 1389; Pub. L. 97–291, § 4(d), Oct. 12, 1982, 96 Stat. 1253; Pub. L. 103–322, title XXXIII, § 330016(1)(K), Sept. 13, 1994, 108 Stat. 2147; Pub. L. 108–458, title VI, § 6703(a), Dec. 17, 2004, 118 Stat. 3766.)

### 18 U.S. Code § 1509 - Obstruction of court orders

Whoever, by threats or force, willfully prevents, obstructs, impedes, or interferes with, or willfully attempts to prevent, obstruct, impede, or interfere with, the due exercise of rights or the performance of duties under any order, judgment, or decree of a court of the United States, shall be fined under this title or imprisoned not more than one year, or both.

No injunctive or other civil relief against the conduct made criminal by this section shall be denied on the ground that such conduct is a crime.

(Added Pub. L. 86–449, title I, § 101, May 6, 1960, 74 Stat. 86; amended Pub. L. 103–322, title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

## 18 U.S. Code § 2071 - Concealment, removal, or mutilation generally

### (a)

Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both.

### (b)

Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

(June 25, 1948, ch. 645, 62 Stat. 795; Pub. L. 101–510, div. A, title V, § 552(a), Nov. 5, 1990, 104 Stat. 1566; Pub. L. 103–322, title XXXIII, § 330016(1)(I), Sept. 13, 1994, 108 Stat. 2147.)

## 18 U.S. Code § 1001 - Statements or entries generally

**(a)**Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—

**(1)**

falsifies, conceals, or covers up by any trick, scheme, or device a material fact;

**(2)**

makes any materially false, fictitious, or fraudulent statement or representation; or

**(3)**

makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;

shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, or 117, or section 1591, then the term of imprisonment imposed under this section shall be not more than 8 years.

**(b)**

Subsection (a) does not apply to a party to a judicial proceeding, or that party's counsel, for statements, representations, writings or documents submitted by such party or counsel to a judge or magistrate in that proceeding.

**(c)**With respect to any matter within the jurisdiction of the legislative branch, subsection (a) shall apply only to—

**(1)**

administrative matters, including a claim for payment, a matter related to the procurement of property or services, personnel or employment practices, or support services, or a document required by law, rule, or regulation to be submitted to the Congress or any office or officer within the legislative branch; or

**(2)**

any investigation or review, conducted pursuant to the authority of any committee, subcommittee, commission or office of the Congress, consistent with applicable rules of the House or Senate.

(June 25, 1948, ch. 645, 62 Stat. 749; Pub. L. 103–322, title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 2147; Pub. L. 104–292, § 2, Oct. 11, 1996, 110 Stat. 3459; Pub. L. 108–458, title VI, § 6703(a), Dec. 17, 2004, 118 Stat. 3766; Pub. L. 109–248, title I, § 141(c), July 27, 2006, 120 Stat. 603.)

**First, under the Constitution, federal courts exercise only "judicial" powers. This means that federal judges may interpret the law only through the resolution of actual legal disputes, referred to in Article III of the Constitution as "Cases or Controversies." A court cannot attempt to correct a problem on its own initiative, or to answer a hypothetical legal question. Second, in an actual case or controversy, the plaintiff in a federal lawsuit also must have legal "standing" to ask the court for a decision. That means the plaintiff must have been aggrieved, or legally harmed in some way, by the defendant. Third, the case must present a category of dispute that the law in question**

was designed to address, and it must be a complaint that the court has the power to remedy. In other words, the court must be authorized, under the Constitution or a federal law, to hear the case and grant appropriate relief to the plaintiff. Finally, the case cannot be "moot," that is, it must present an ongoing problem for the court to resolve. The federal courts, thus, are courts of "limited" jurisdiction because they may only decide certain types of cases as provided by Congress or as identified in the Constitution.

Before a federal court can hear a case, or "exercise its jurisdiction," certain conditions must be met. First, under the Constitution, federal courts exercise only "judicial" powers. This means that federal judges may interpret the law only through the resolution of actual legal disputes, referred to in Article III of the Constitution as "Cases or Controversies." A court cannot attempt to correct a problem on its own initiative, or to answer a hypothetical legal question. Second, in an actual case or controversy, the plaintiff in a federal lawsuit also must have legal "standing" to ask the court for a decision. That means the plaintiff must have been aggrieved, or legally harmed in some way, by the defendant. Third, the case must present a category of dispute that the law in question was designed to address, and it must be a complaint that the court has the power to remedy. In other words, the court must be authorized, under the Constitution or a federal law, to hear the case and grant appropriate relief to the plaintiff. Finally, the case cannot be "moot," that is, it must present an ongoing problem for the court to resolve. The federal courts, thus, are courts of "limited" jurisdiction because they may only decide certain types of cases as provided by Congress or as identified in the Constitution.

Article III of the United States Constitution establishes the judicial branch as one of the three separate and distinct branches of the federal government. The other two are the legislative and executive branches. The federal courts often are called the guardians of the Constitution because their rulings protect rights and liberties guaranteed by the Constitution. Through fair and impartial judgments, the federal courts interpret and apply the law to resolve disputes. The courts do not enact the laws; that is the responsibility of Congress. Nor do the courts have the power to enforce the laws; that is the role of the President and the many executive branch departments and agencies. The founders of the nation considered an independent federal judiciary essential to ensure fairness and equal justice for all citizens of the United States. The Constitution they drafted promotes judicial independence in two major ways. First, Article III federal judges are appointed for life, and they can be removed from office only through impeachment and conviction by Congress of "Treason, Bribery, or other high Crimes and Misdemeanors." Second, the Constitution provides that the compensation of Article III federal judges "shall not be diminished during their Continuance in Office," which means that neither the President nor Congress can reduce the salary of a federal judge. These two protections help an

independent judiciary to decide cases free from popular passion and political influence. ■

Federal Courts

Clause 2. In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be a Party, the Supreme Court shall have original Jurisdiction. In all other Cases before mentioned, the Supreme

**Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.**

**separation of powers**

**Overview**

**Separation of powers is a <u>doctrine</u> of constitutional law under which the three branches of government (<u>executive</u>, <u>legislative</u>, and <u>judicial</u>) are kept separate. This is also known as the system of <u>checks and balances</u>, because each branch is given certain powers so as to check and balance the other branches.**

**Each branch has separate powers, and generally each branch is not allowed to exercise the powers of the other branches.**

**The Legislative Branch exercises <u>congressional power</u>, the Executive Branch exercises <u>executive power</u>, and the Judicial Branch exercises <u>judicial review</u>.**

**The general blueprint for the U.S. judiciary is laid out in Article III of the U.S. Constitution, and many details of federal judicial power are spelled out in the Judiciary Act of 1789. State judicial systems are created similarly by state constitutional and statutory provisions.**

## Rule 60. Relief from a Judgment or Order

(a) CORRECTIONS BASED ON CLERICAL MISTAKES; OVERSIGHTS AND OMISSIONS. The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice. But after an appeal has been docketed in the appellate court and while it is pending, such a mistake may be corrected only with the appellate court's leave.

(b) GROUNDS FOR RELIEF FROM A FINAL JUDGMENT, ORDER, OR PROCEEDING. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

    (1) mistake, inadvertence, surprise, or excusable neglect;

    (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

    (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

    (4) the judgment is void;

    (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief.

(c) TIMING AND EFFECT OF THE MOTION.

(1) *Timing.* A motion under Rule 60(b) must be made within a reasonable time—and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.

(2) *Effect on Finality.* The motion does not affect the judgment's finality or suspend its operation.

(d) OTHER POWERS TO GRANT RELIEF. This rule does not limit a court's power to:

(1) entertain an independent action to relieve a party from a judgment, order, or proceeding;

(2) grant relief under 28 U.S.C. §1655 to a defendant who was not personally notified of the action; or

(3) set aside a judgment for fraud on the court.

(e) BILLS AND WRITS ABOLISHED. The following are abolished: bills of review, bills in the nature of bills of review, and writs of coram nobis, coram vobis, and audita querela.

Fraud, whether intrinsic or extrinsic, misrepresentation, or other misconduct of an adverse party are express grounds for relief by motion under amended subdivision (b). There is no sound reason for their exclusion. The incorporation of fraud and the like within the scope of the rule also removes confusion as to the proper procedure. It has been held that relief from a judgment obtained by extrinsic fraud could be secured by motion within a "reasonable time," which might be after the time stated in the rule had run. *Fiske v. Buder* (C.C.A.8th, 1942) 125 F.(2d) 841; see also inferentially *Bucy v. Nevada Construction Co.* (C.C.A.9th, 1942) 125 F.(2d) 213. On the other hand, it has been suggested that in view of the fact that fraud was omitted from original Rule 60(b) as a ground for relief, an independent action was the only proper remedy. Commentary, *Effect of Rule 60b on Other Methods of Relief From Judgment* (1941) 4 Fed.Rules Serv. 942, 945. The amendment settles this problem by making fraud an express ground for relief by motion; and under the saving clause, fraud may be urged as a basis for relief by independent action insofar as established doctrine permits. See Moore and Rogers, *Federal Relief from Civil Judgments* (1946) 55 Yale L.J. 623, 653–659; 3 *Moore's Federal Practice* (1938) 3267 *et seq*. And the rule expressly does not limit the power of the court, when fraud has been perpetrated upon it, to give relief under the saving clause. As an illustration of this situation, see *Hazel-Atlas Glass Co. v. Hartford Empire Co.* (1944) 322 U.S. 238.

The time limit for relief by motion in the court and in the action in which the judgment was rendered has been enlarged from six months to one year.

It should be noted that Rule 60(b) does not assume to define the substantive law as to the grounds for vacating judgments, but merely prescribes the practice in proceedings to obtain relief.

*Held:* **the District Judge erred in refusing petitioner's demand for a trial by jury of the factual issues related to the question whether there had been a breach of contract or a trademark infringement, and the Court of Appeals should have corrected that error by granting the petition for mandamus. Pp. <u>369 U. S. 470</u>-480.**

**Dairy Queen, Inc. v. Wood, 369 U.S. 469 (1962)**

**In sum, dismissal on the stated ground that Simmons had failed to comply with a February 15 order to amend his complaint is unsupportable because the order referred to did not in fact order Simmons to file a new complaint. Dismissal with prejudice was inappropriate because the amended complaint stated nonfrivolous claims and sufficed to give defendants notice of the substance, and many of the details, of Simmons's claims. Further clarification of his claims may properly be gained through discovery. We conclude that the district court's dismissal of the amended complaint was an abuse of discretion.**

**We have considered all of defendants' arguments in support of the dismissal and have found them to be without merit. The judgment of the district court is vacated, and the matter is remanded for further proceedings not inconsistent with this opinion.**

**Costs are awarded to plaintiff against those defendants who have been served.**

***Simmons v. Abruzzo*, 49 F.3d 83, 88 (2d Cir. 1995)**

***De Long v. Hennessey*, 912 F.2d 1144 (9th Cir. 1990)**

## Amendment VII

In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any court of the United States, than according to the rules of the common law.

When the SEC seeks civil penalties against a defendant for securities fraud, the Seventh Amendment entitles the defendant to a jury trial.

**SEC v. Jarkesy, 603 U.S. ___ (2024)**

## Fourteenth Amendment  Equal Protection and Other Rights

### Section 1 Rights

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

### *Rule 60. Relief from a Judgment or Order*

**Haines v. Kerner, 404 U.S. 519 (1972)**

**City of Mesquite v. Aladdin's Castle, Inc., 455 U.S. 283 (1982)**

**Northern Pipeline Constr. Co. v. Marathon Pipe Line Co., 458 U.S. 50 (1982)**

**Marbury v. Madison, 5 U.S. 137 (1803)**

**Newman v. United States ex Rel. Frizzell, 238 U.S. 537 (1915)**

**Butz v. Economou, 438 U.S. 478 (1978)**

*Held:* **A municipality has no immunity from liability under § 1983 flowing from its constitutional violations, and may not assert the good faith of its officers as a defense to such liability. Pp. 445 U. S. 635-658.**

**Owen v. City of Independence, 445 U.S. 622 (1980)**

**Chapman v. California, 386 U.S. 18 (1967)**

*Donovan v. FirstCredit, Inc.***, 983 F.3d 246 (6th Cir. 2020)**

*Axon Enterprise, Inc. v. FTC* (No. 21-86), *SEC v. Cochran* (No. 21-1239)

Submitted January 23,2025

Brandon Adams

Brandon Adams

2701 North Rainbow Blvd #2095

Las Vegas, NV 89108

Pro Se

| Form **COL** | **Violation Warning**<br>**Denial of Rights Under Color of Law** |
|---|---|

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

| Name and address of Citizen | Name and address of Notice Recipient |
|---|---|
| Brandon Adams<br>2701 North Rainbow Blvd #2095<br>Las Vegas, NV 89108 | Clifton Cislak (Clerk)<br>U.S. Court of Appeals for the D.C. Circuit<br>333 Constitution Ave NW<br>Washington, DC 20001 |

Citizen's statement

First, Seventh, Fourteenth Amendment & Article VI  Supreme Law Clause 2 Supremacy Clause, Howlett v. Rose, 496 U.S. 356 (1990) Rule 25. Filing and Service (a) Filing (1) Filing with the Clerk (2) Filing: Method and Timeliness (4) Clerk's Refusal of Documents (d) Proof of Service (iii) 28 U.S. Code § 1691 - Seal and teste of process, Rule 21. Writs of Mandamus and Prohibition, and Other Extraordinary Writs (a) Mandamus or Prohibition to a Court: Petition. Filing.

I certify that the forgoing information stated here is true and correct.
**Citizen's signature**

▶ *Brandon Adams* | **Date ▶** 01/14/2025

## Legal Notice and Warning

**Federal law provides that it is a crime to violate the Constitutional Rights of a citizen under the Color of Law.  You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to **coerce** or **deceive** a citizen to surrender his **Constitutional Rights** is a **Federal Crime**.  Federal Courts have found that your ignorance of the law is no excuse.

**18 USC §242** provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both, and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or  may be sentenced to death.

**18 USC §245** provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both, and if death results or if such acts include  kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be subject to imprisonment for any term of years or for life or  may be sentenced to death.

**42 USC §1983** provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages.  Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

**Notice of Service:**

I, _____certify that I personally delivered this notice to above named recipient

and address on _____at _____(am/pm).

Public Domain—Privacy Form COL(02)

| Form **COL** | **Violation Warning** <br> **Denial of Rights Under Color of Law** |
|---|---|

▶ **Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983**

| Name and address of Citizen | Name and address of Notice Recipient |
|---|---|
| **Brandon Adams** <br> **2701 North Rainbow Blvd #2095** <br> **Las Vegas, NV 89108** | **U.S. Court of Appeals for the D.C. Circuit** <br> **Chief Judge Sri Srinivasan** <br> **333 Constitution Ave NW** <br> **Washington, DC 20001** |

Citizen's statement:
**1:24-cv-03566 ADAMS v. HARRIS et al Writ of Quo Warranto & Color of Law Forms served USPS Jan 10, 2025 violations of First, Seventh, Fourteenth Amendment Article VI Supreme Law Clause 2 Supremacy Clause 18 U.S. Code § 2071 - Concealment, removal, or mutilation generally Rule 21. Writs of Mandamus and Prohibition, and Other Extraordinary Writs (a) Mandamus or Prohibition to a Court: Petition, Filing, Service, and Docketing. Howlett v. Rose, 496 U.S. 356 (1990) 28 U.S. Code § 1691 - Seal and teste of process Owen v. City of Independence, 445 U.S. 622 (1980)**

I certify that the forgoing information stated here is true and correct.
**Citizen's signature**

▶   *Brandon Adams* | **Date** uu   01/22/2025

## Legal Notice and Warning

**Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.
18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.
42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

**Notice of Service:**

I, _____ certify that I personally delivered this notice to above named recipient and address on _____ at _____.

Public Domain—Privacy Form COL(01)



UNITED STATES
POSTAL SERVICE®

0000

U.S. POSTAGE PAID

FORT LAUDERDALE, FL
33319
JAN 24, 25
AMOUNT

**$2.20**

S2324H502937-6

U.S. POSTAL SERVICE    **CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE-POSTMASTER

Received From:

B. Adams
2701 North Rainbow Blvd. # 2095
Las Vegas, NV 89108

One piece of ordinary mail addressed to:

U.S. Supreme Court
Chief Justice John Roberts
1st St NE
Washington, DC 20543-0001

PS Form **3817**, January 2001

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FEB - 6 2025

RECEIVED

BRANDON ADAMS
2701 N RAINBOW BLVD
# 2095
LAS VEGAS NV 89108

$2.04    US POSTAGE
FIRST—CLASS IMI
Jan 29 2025
Mailed from ZIP 89108
3 OZ FIRST—CLASS MAIL FLATS RATE
ZONE 8

16582122



063S0010282493

The U.S. District Court of Appeals for DC Cir.
Chief Judge Sri Srinivasan
333 CONSTITUTION AVE NW
WASHINGTON DC 20001—2804

Shipped using PostalMate®
Pkg:76078